EASTERN DIST.
*March*, 1840.

HEADEN
*vs.*
HEADEN.

HEADEN *vs.* HEADEN.

APPEAL FROM THE COURT OF THE THIRD DISTRICT, FOR THE PARISH OF EAST BATON ROUGE, JUDGE MORGAN PRESIDING.

Where the wife claims a separation from bed and board, on the ground of repeated acts of ill treatment and cruelty by her husband, which is supported by evidence, and there is no hope of living in peace, she will be entitled to relief.

This is an action by the wife of Elisha Headen, for a separation of property and bed and board, on the ground of cruel and bad treatment, alleging that he struck and bruised her on more than one occasion, and is in the habit of maltreating her. She alleges, further, that there is no prospect of ever living in peace with her husband, and that she is entitled to have her paraphernal and separate property, together with her share of the acquests and gains set off and separated from that of her husband, and a separate domicil allotted to her. She prays judgment accordingly.

The defendant denied generally, and specially averred, that even if the allegations in the petition were true, there was no cause of action set forth ; and further, that the plaintiff was guilty of excesses, cruel treatment and outrages towards him. He sets up claims and demands for property, that in case of separation, belongs to him exclusively.

Upon these pleadings and issues the cause was tried. There was much testimony adduced on both sides, and some of it contradictory. But it went to show the unhappy relations existing between the parties, and the utter hopelessness of ever living in peace with each other.

The district judge was convinced that a separation ought to take place, and entered into an elaborate examination of the evidence, both in relation to the cause of separation, and the respective claims of the parties to the property. There was a decree of separation and division of property. The husband being dissatisfied therewith, appealed.

*Elam,* for the plaintiff.

*Brunot,* contra.

*Martin, J.,* delivered the opinion of the court.

The defendant is appellant from a judgment of separation of bed and board.

This case, like most others of the kind, presents chiefly questions of fact. The record is voluminous, and the testimony multifarious and complicated. The district judge has taken a great deal of trouble in examining and weighing its different parts, and his judgment affords a lucid view of the facts on which the plaintiff grounds her claim, to a separation on account of violent and repeated acts of ill treatment and cruelty, which leave no hope of her finding, in the marital house, that tranquillity and peace which she had sought, and had a right to expect.

We concur in the conclusion to which the court below came, that her case entitles her to a judgment of separation.

With regard to the amount of property which the court *a qua,* allotted to her, she seeks no redress at our hands,

although her claim has been very much reduced. The
defendant and appellant's counsel have not enabled us to dis-
cover that any injury has been done to him.          ╲

It is, therefore, ordered, adjudged and decreed, that the
judgment of the District Court be affirmed, with costs.